IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIRK A. HEIN, § | |
|     Plaintiff, § | |
| § | Civil Action No. 3:09-CV-00828-K |
| v. § | |
| § | |
| FLAGSTAR BANCORP, § | |
|     Defendant. § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant Flagstar Bancorp's Motion to Dismiss, filed on June 17, 2009, is **GRANTED**.

**SO ORDERED**.

Signed September 10th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE